ACCEPTED
03-15-00498-CV
7405532
THIRD COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 10:06:18 AM
JEFFREY D. KYLE
CLERK

## NO. 03-15-00498-CV

IN THE
**THIRD COURT OF APPEALS
AT AUSTIN, TEXAS**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
10/16/2015 10:06:18 AM
JEFFREY D. KYLE
Clerk

**LONG CANYON PHASE II HOMEOWNERS ASSOCIATION, INC.,**

*Appellants,*

v.

**CHRIS CASHION AND LISA CASHION**

*Appellees.*

Appealed from the County Court at Law. No. 2 of
**Travis County, Texas
Cause No. C-1CV-15-001016**

**APPELLEE CHRIS AND LISA CASHION'S FIRST MOTION FOR
EXTENSION OF TIME TO FIRST APPELLEE BRIEF**

TO THE HONORABLE COURT:

Appellee Chris and Lisa Cashion, files this First Motion for Extension of Time to File Appellee's Brief pursuant to Texas Rules of Appellate Procedure 38.6(d) and 10.5(b)(1) and would respectfully show unto the Court the following:

1. The deadline for filing Appellee's Brief is Wednesday, October 21, 2015.

2.     Appellee seeks a 14-day extension of time to file Appellee's Brief. Appellee respectfully requests that the Court extend the deadline for filing Appellee's Brief to October 30, 2015.

3.     This is the first Motion for Extension of Time filed for Appellee's Brief with the Court.

4.     This extension of time is not requested for mere delay, but to allow Appellee adequate time to prepare Appellee's Brief.

5.     Appellee is requesting additional time in order to thoroughly research and adequately brief these matters for the Court.

For these reasons, Appellee respectfully requests that this Court grant a 14-day extension of time to file Appellee's Brief. Appellee also requests any further relief to which it may be entitled.

Respectfully submitted,

CHAMBERLAIN MCHANEY
301 Congress, 18th Floor (78701)
P.O. Box 684158
Austin, Texas 78768-4158
(512) 474-9124
(512) 474-8582 (Facsimile)
bdavidson@chmc-law.com

By: _____
     William C. Davidson
     SBN 05447000

ATTORNEY FOR APPELLEE

2

## CERTIFICATE OF CONFERENCE

I hereby certify that on October 16, 2015, I conferred with Frank O. Carroll III regarding the merits of this First Motion for Extension of Time. Mr. Carroll informed me that he was unopposed to the filing of this First Motion for Extension of Time.

William C. Davidson

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document is 383 words, as calculated by the word count feature of Microsoft Word 2013 (Professional Edition).

William C. Davidson

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above and foregoing has been sent facsimile and/or regular mail, to all counsel of record, in accordance with the Texas Rules of Civil Procedure on this the 16th day of October, 2015.

_____
William C. Davidson

4